AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Arcenio Poche-Chacon

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005-M-1003-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 31, 2005 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

import into the United States from a place outside thereof, to wit: the Dominican Republic, more than 100 grams of heroin, a Schedule I controlled substance

in violation of Title 21 United States Code, Section(s) 952(a) and 960(a)

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title

facts:

See Affidavit of Special Agent Peter Darling, attached hereto, and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-01-2005                                                 at                            Boston, Massachusetts
Date                                                                                    City and State

Judith G. Dein
United States Magistrate Judge
Name & Title of Judicial Officer                                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.