UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | INDICTMENT NO. 05-M-1003-JGD |
| | ) | |
| | ) | |
| ARCENIO POCHE-CHACON | ) | |
| | ) | |
| Defendant. | ) | |


### DEFENDANT ARCENIO POCHE-CHACON
### MOTION TO CONTINUE DETENTION
### HEARING/PROBABLE CAUSE


     Now comes the Defendant, Arcenio Poche-Chacon, and requests this Honorable Court to continue his Detention Hearing/ Probable Cause Hearing from Monday, February 7, 2005 to Friday, February 11, 2005.


                                            Respectfully submitted,
ARCENIO POCHE-CHACON,
Defendant,
By Counsel:


'/s/Walter H. Underhill, Esquire'
WALTER H. UNDERHILL
66 Long Wharf
Boston, Massachusetts   02109
(617) 523-5858


DATED: February 7, 2005

WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between February 7, 2005  and February 11, 2005 is excludable time under the Speedy Trial Act.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:        _____February 11, 2005_____

RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:        _____February 11, 2005_____