UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05M-1003-JGD

UNITED STATES OF AMERICA

v.

ARCENIO POCHE-CHACON

### ORDER

February 8, 2005

DEIN, M.J.

 To the extent that the defendant, Arcenio Poche-Chacon, by way of his Motion to Continue Detention/Probable Cause Hearing (Docket # 3), seeks to continue the date for that hearing, the motion is allowed, and the hearing shall be held on February 11, 2005 at 3:00 P.M.

 To the extent, however, that the defendant, by way of that motion, seeks excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket.

             / s / Judith Gail Dein
             Judith Gail Dein
             United States Magistrate Judge