UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS )   INDICTMENT NO. 05-M-1003-JGD<br>)<br>)<br>ARCENIO POCHE-CHACON )<br>)<br>Defendant. ) | |

## DEFENDANT ARCENIO POCHE-CHACON
## MOTION TO CONTINUE DETENTION
## HEARING/PROBABLE CAUSE

    Now comes the Defendant, Arcenio Poche-Chacon, and requests this Honorable Court to continue his Detention Hearing/ Probable Cause Hearing from February 15, 2005 to March 2, 2005.

    Respectfully submitted,
ARCENIO POCHE-CHACON,
Defendant,
By Counsel:

'/s/Walter H. Underhill, Esquire'
WALTER H. UNDERHILL
66 Long Wharf
Boston, Massachusetts   02109
(617) 523-5858

DATED: March 1, 2005

WAIVER OF SPEEDY TRIAL

The defendant stipulates that the time between February 15, 2005 and March 2, 2005 is excludable time under the Speedy Trial Act.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                    _____March 1, 2005_____

RULE 7.1 CERTIFICATION

The parties have conferred on this motion and the Government assents to this motion.

SIGNED:        '/s/Walter H. Underhill, Esquire'_____

DATE:                    _____March 1, 2005_____